745 A.2d 508

DOMINIC MARINELLI, A MINOR BY AND THROUGH HIS MOTH-ER AND GUARDIAN AD LITEM ANNE MARIE MARINELLI AND ANNE MARIE MARINELLI, INDIVIDUALLY, PLAIN-TIFFS–APPELLANTS, v. K–MART CORPORATION, KYLE FORD, JOHN MCDONOUGH AND SEAN MCDONOUGH, JOINT-LY, SEVERALLY AND/OR IN THE ALTERNATIVE, DEFEN-DANTS–RESPONDENTS, AND RAY CLERK, (A FICTITIOUS NAMED EMPLOYEE OF THE DEFENDANT K–MART CORPO-RATION), DEFENDANT.

Argued January 4, 2000—Decided February 23, 2000.

*Vincent J. Ciecka,* argued the cause for appellants.

*James D. Butler,* argued the cause for respondent Kyle Ford (*Mr. Butler,* attorney; *Jeffrey Marder,* on the brief).

*Tricia E. Habert,* argued the cause for respondent John Mc-Donough (*Crawshaw, Mayfield, Turner, O'Mara, Donnelly & McBride,* attorneys).

*Timothy J. Galanaugh,* argued the cause for respondent Sean McDonough (*Murphy and O'Connor,* attorneys).

*Thomas D. Monte, Jr.,* argued the cause for respondent K–Mart Corporation (*Monte, Sachs & Borowsky,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Stern's opinion of the Appellate Division, reported at 318 *N.J.Super.* 554, 724 *A.*2d 806 (1999).

*For affirmance*—Chief Justice PORITZ and Justices O'HERN, GARIBALDI, STEIN, COLEMAN, LONG and VERNIERO—7.

*Opposed*—None.